# Exhibit B

**From:** "Stearns, Ian (USAMA)" <Ian.Stearns@usdoj.gov>
**To:** Eric Rosen <erosen@dynamisllp.com>
**CC:** "O'Donnell, Kaitlin (USAMA)" <Kaitlin.Odonnell@usdoj.gov>,
"lfouad@dynamisllp.com" <lfouad@dynamisllp.com>
**Date:** Tue, 20 Jan 2026 18:13:04 +0000
**Subject:** RE: Dev Durai

Eric,

We do not quibble with the statements in your email below—we respectfully and fully disagree with them.  It is not productive to exchange responses point-by-point, but we must respond to the assertion in your email that the government "does not want" Mr. Durai to appear in court to face the charges against him.

It is not in dispute, and as you acknowledged during our meeting, Mr. Durai fled his home country, Singapore—a country where he could be arrested and face extradition—to a non-extradition country, immediately upon learning of his indictment and the Court's arrest warrant.  For two months, he has chosen to stay in that country.  Now, Mr. Durai is attempting to leverage his status as a fugitive in a non-extradition country to obtain concessions from the government, including quashing an arrest warrant issued by the court, self-surrender, safe-passage, no detention, and an agreed-upon bail package up front—all of which you sought during our meeting.

The fact that the government is declining to agree to these concessions does not mean, as you assert in your email, that the government "does not want him" to face the charges.  The government has sought, and will continue to seek, his appearance through the proper channels.

If you would like to discuss further, let us know.

Best,
Ian

**Ian Stearns**
Assistant United States Attorney
United States Attorney's Office | District of Massachusetts
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Office: 617-748-3208
Cell: 857-233-3127
Email:  Ian.Stearns@usdoj.gov

---

**From:** Eric Rosen <erosen@dynamisllp.com>

**Sent:** Tuesday, January 20, 2026 12:49 PM

**To:** Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>

**Cc:** O'Donnell, Kaitlin (USAMA) <Kaitlin.Odonnell@usdoj.gov>; Lynn Fouad <lfouad@dynamisllp.com>

**Subject:** [EXTERNAL] Re: Dev Durai

Thanks Ian -

Appreciate you getting back to me so quick. I quibble with your assessment that we agreed that Mr. Durai has "chosen to become a fugitive." The term fugitive is defined as being any person who has "fled from any State to avoid prosecution for a crime or to avoid giving testimony in any criminal proceeding." 18 USC 921(a)(15). By definition, residing in or leaving Singapore does not make a person a fugitive, let alone one by choice. Moreover, as we discussed, it is unclear how Mr. Durai could travel to the United States or even turn himself in. You have not provided any guidance on this subject. As I mentioned, because of the charges, he no longer has travel authorization to travel to the United States. This puts Mr. Durai in a Catch-22 - he is getting deemed a fugitive by the Government with no opportunity to turn himself in and face the charges. Far from seeking special treatment, he is seeking treatment in line with what any other person would receive upon being notified that he has been charged with a crime.

In any event, the entire premise of our meeting was such that we could negotiate a way for him to come to the US to face the charges. It is unclear why the DOJ proceeded to charge Mr. Durai with federal crimes, but now does not

want him to (and will not allow him to) appear in Court to face the charges.

Again, thanks for your time, we will discuss next steps.

Eric

**Eric S. Rosen**
Partner
signature_3439781240
175 Federal Street, Suite 1200
Boston, MA 02110
Mobile: (646) 541 8484
Work: (617) 802-9157
Email: erosen@dynamisllp.com
dynamisllp.com | LinkedIn

**From:** Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>
**Date:** Tuesday, January 20, 2026 at 4:02 PM
**To:** Eric Rosen <erosen@dynamisllp.com>
**Cc:** O'Donnell, Kaitlin (USAMA) <Kaitlin.Odonnell@usdoj.gov>, Lynn Fouad <lfouad@dynamisllp.com>
**Subject:** RE: Dev Durai

Eric,

We wanted to get back to you in response to your email. As you acknowledged during our meeting, Mr. Durai fled his home country to a non-extradition country immediately upon learning of the indictment and warrant for his arrest, and for two months, he has chosen to be a fugitive.

We have consulted up the chain to the chiefs of the criminal division. After considering all the relevant factors, the office declines your request that the government withdraw the arrest warrant issued by the Court, allow Mr. Durai to self-surrender, and agree to your proposed bail package (namely, a $75,000 bond).

Best,
Ian

**Ian Stearns**
Assistant United States Attorney
United States Attorney's Office | District of Massachusetts
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Office: 617-748-3208
Cell: 857-233-3127
Email:  Ian.Stearns@usdoj.gov

**From:** Eric Rosen <erosen@dynamisllp.com>
**Sent:** Friday, January 16, 2026 3:18 PM
**To:** Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>
**Cc:** O'Donnell, Kaitlin (USAMA) <Kaitlin.Odonnell@usdoj.gov>; Lynn Fouad <lfouad@dynamisllp.com>
**Subject:** [EXTERNAL] Re: Dev Durai

Ian and Kaitlyn -

Thanks for your time this week, and Kaitlyn, nice to meet you in person.

If you can let us know by Thursday the office's position on Mr. Durai coming to the United States, self-surrendering pursuant to the arrest warrant, and agreeing to a bond package, that would be most appreciated.

As I reiterated during our meeting, Mr. Durai does not wish to be a fugitive. He wishes to come to the US to face the charges, but he needs the United States to facilitate his entrance.

Thank you,
Eric

**Eric S. Rosen**

Partner

signature_3439781240

175 Federal Street, Suite 1200

Boston, MA 02110

Mobile: (646) 541 8484

Work: (617) 802-9157

Email: erosen@dynamisllp.com

dynamisllp.com | LinkedIn

**From:** Eric Rosen <erosen@dynamisllp.com>
**Date:** Friday, January 9, 2026 at 4:55 PM
**To:** Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>
**Cc:** O'Donnell, Kaitlin (USAMA) <Kaitlin.Odonnell@usdoj.gov>
**Subject:** Re: Dev Durai

Tuesday at 330pm works well. See you at the courthouse.

Thanks

**Eric S. Rosen**

Partner

signature_3439781240

175 Federal Street, Suite 1200

Boston, MA 02110

Mobile: (646) 541 8484

Work: (617) 802-9157

Email: erosen@dynamisllp.com

dynamisllp.com | LinkedIn

**From:** Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>
**Date:** Friday, January 9, 2026 at 12:37 PM
**To:** Eric Rosen <erosen@dynamisllp.com>
**Cc:** O'Donnell, Kaitlin (USAMA) <Kaitlin.Odonnell@usdoj.gov>
**Subject:** RE: Dev Durai

Hi Eric,

Sure.  We could do Monday after 3p, or Tuesday before 10:30a or after 3p.

Thanks,
Ian

**Ian Stearns**
Assistant United States Attorney
United States Attorney's Office | District of Massachusetts
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Office: 617-748-3208
Cell: 857-233-3127
Email:  Ian.Stearns@usdoj.gov

**From:** Eric Rosen <erosen@dynamisllp.com>
**Sent:** Thursday, January 8, 2026 8:28 PM
**To:** Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>
**Subject:** [EXTERNAL] Dev Durai

Ian -

Can I come in for 30 minutes next week to chat about Dev?

Thanks

**Eric S. Rosen**
Partner
signature_3439781240
175 Federal Street, Suite 1200
Boston, MA 02110
Mobile: (646) 541 8484
Work: (617) 802-9157
Email: erosen@dynamisllp.com
dynamisllp.com | LinkedIn

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

> **EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

> **EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

> **EXTERNAL MESSAGE:** Please exercise caution with links and attachments.